# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3481

_____

Robert J. Love,                                    *
                                                   *
           Appellant,                              *
                                                   *
Dennis W. Strutton,                                *
                                                   *
           Plaintiff,                              *
                                                   *
                                                   *  Appeal from the United States
           v.                                      *  District Court for the
                                                   *  Eastern District of Missouri.
Dorn Schoffman, Director, Missouri                 *
Department of Mental Health; Alan                  *       [UNPUBLISHED]
Blake, CEO, Missouri Sex Offender                  *
Treatment Center; Dr. Jay Engleheart,              *
Medical Director, Missouri Sexual                  *
Offender Treatment Center; Dr. Marty               *
Bellew-Smith, Clinical Director,                   *
Missouri Sexual Offender Treatment                 *
Center; Dr. Linda Mead, Missouri                   *
SOTC Psychologist, Missouri Sex                    *
Offender Treatment Center; James                   *
Purkett, Superintendent of Farmington              *
Correctional Center; Gerald Hoefline,              *
Sex Offender Assessment Unit                       *
Evaluator; Dr. Laura Hunsucker,                    *
Missouri Sex Offender Treatment                    *
Program,                                           *
                                                   *
           Appellees.                              *

_____

Submitted:  August 31, 2005
Filed:  September 2, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Robert Love, who has been committed under Missouri's Sexually Violent Predator Act, appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) preservice dismissal without prejudice of his complaint. Following de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude the district court properly dismissed the complaint. Among its infirmities, the complaint did not specify which of the many named defendants was responsible for each of the alleged harms, many of the claims were stated in the most general terms, and the attack on the fact and duration of Love's confinement must be brought in a habeas corpus petition after exhausting state remedies.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.